```
 1  Tom R. Grimmett, Trustee                    RECEIVED
    2275 Corporate Circle, Suite 120            AND FILED
 2  Henderson, Nevada 89074
    Phone: (702) 740-4152                       2010 NOV -5 PM 12: 51
 3  Fax:   (702) 795-4479
                                                U.S. BANKRUPTCY COURT
 4                                              MARY A. SCHOTT, CLERK
```

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10296 LBR |
| | In Proceedings Under Chapter 7 |
| LAS VEGAS FIRST REALTY | |
| | NOTICE OF UNCLAIMED FUNDS |
| Debtor(s). | |

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 7 | Jenny Pan<br>21316 Glen Place #11<br>Cupertino, CA 95014 | | $1,655.82 |
| 13 | Dendee & Bernadette Caniban<br>943 Stonegate Court<br>Chula Vista, CA 91913 | | $ 147.28 |
| 18 | Mona Pribadi<br>2601 Wexford Avenue<br>S. San Francisco, CA 94081 | | $ 141.04 |
| 45 | Grace Gunawan &<br>Laurentius Widjaja<br>610 Leavensworth #401<br>San Francisco, CA 94109-7567 | | $  374.58 |
| | | SUBTOTAL | $2,318.72 |

#198551

#3102.20

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 49 | William Morris<br>9115 Fanita Rancho Road<br>Santee, CA 92071 | | $ 300.80 |
| 74 | Leesa Feyk<br>3179 Rushing Waters Place<br>Las Vegas, NV 89128 | | $ 191.43 |
| 83 | Angelita Severson<br>4225 Eagle Rock Court<br>Virginia Beach, VA 23456 | | $ 180.58 |
| 84 | Romulo Umale<br>7186 Camino Colegio<br>Rohnert Park, CA 94928 | | $ 110.67 |
| TOTAL | | | $3,102.20 |

DATE: **11/2/2010**

TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.